[No. 37223-8-I.    Division One.    December 19, 1996.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. Foss ENVIRONMENTAL SERVICES COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-29179-3, Nancy Ann Holman, J., entered August 4, 1995. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Cox, JJ.

[No. 37396-0-I.    Division One.    December 19, 1996.]

*In the Matter of the Marriage of* LINDA M. BAILY, *Respondent*, and RUSSELL R. BAILY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-3-07338-6, Donald D. Haley, J., entered August 31, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37468-1-I.    Division One.    December 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-8-00874-7, David A. Nichols, J., entered September 15, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37495-8-I.    Division One.    December 19, 1996.]

NORQUEST/RCA-W BITTER LAKE PARTNERSHIP, ET AL., *Appellants*, v. CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-16352-7, Carol A. Schapira, J., entered September 20, 1995. *Reversed with instructions* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ.